IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DAVID WILLIAMS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )  Case No. 06-4015-JLF |
| | ) |
| WILLIAMSON COUNTY SHERIFF'S | ) |
| DEPARTMENT, JAMES WEBB, | ) |
| CITY OF HERRIN POLICE | ) |
| DEPARTMENT and WILLIAMSON | ) |
| COUNTY, | ) |
| | ) |
| Defendants. | ) |

## ORDER

**FOREMAN, District Judge:**

Before the Court is the parties' stipulation for dismissal of defendants Williamson County Sheriffs' Department, James Webb and Williamson County. (Doc. 31). All of the defendants except for James Webb have already been voluntarily dismissed. (See Doc. 23). Because James Webb is the last remaining defendant in this matter and is now being dismissed, this action is accordingly **DISMISSED** with prejudice. A separate Judgment shall accompany this Order.

**IT IS SO ORDERED.**
**DATED: November 29, 2006.**

*s/ James L. Foreman*
**DISTRICT JUDGE**